# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose DIVISION

In re: COAST PERSONNEL SERVICES, INC.     §     Case No. 14-52485
§
§
§
        Debtor(s)

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kari S. Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $684,678.99 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $131,546.94 | |

3) Total gross receipts of $816,225.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $816,225.93 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,033,669.00 | $1,070,850.00 | $405,426.00 | $405,426.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $130,760.84 | $131,546.94 | $131,546.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $14,631.00 | $3,222.98 | $3,222.98 | $3,222.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $589,496.00 | $1,614,401.11 | $1,208,975.11 | $276,030.01 |
| **TOTAL DISBURSEMENTS** | $1,637,796.00 | $2,819,234.93 | $1,749,171.03 | $816,225.93 |

4) This case was originally filed under chapter 7 on 06/09/2014.  The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/02/2019

By: /s/ Kari S Bowyer

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Overpayment on Vehicle Insurance | 1229-000 | $575.00 |
| Precise A/R amount owed by Total Productive Staf | 1121-000 | $722,500.00 |
| Tax Refund | 1224-000 | $586.12 |
| Worker compensation insurance deposit subject to | 1129-000 | $77,192.81 |
| Incorporation Refund | 1229-000 | $372.00 |
| Sale of Remnant Assets | 1229-000 | $5,000.00 |
| 2012 Ford Focus | 1129-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$816,225.93** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10-1 | Larry K. Bunker Lloyd Schmidt, Esq. Hopkins & Carley, APC | 4210-000 | NA | $970,850.00 | $405,426.00 | $405,426.00 |
| 12S-1 | American International Group, Inc. Ryan G. Foley | 4110-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| N/F | Larry Bunker | 4110-000 | $83,669.00 | NA | NA | NA |
| N/F | Larry Bunker | 4110-000 | $950,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,033,669.00** | **$1,070,850.00** | **$405,426.00** | **$405,426.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kari Bowyer | 2100-000 | NA | $44,063.55 | $44,063.55 | $44,063.55 |
| Trustee, Expenses - Kari Bowyer | 2200-000 | NA | $85.70 | $85.70 | $85.70 |
| Attorney for Trustee Fees - Hbendix Auctioneers | 3110-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Bond Payments - null | 2300-000 | NA | $0.00 | $0.00 | $0.00 |
| Bond Payments - International Sureties, LTD | 2300-000 | NA | $0.00 | $702.12 | $702.12 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $18,097.04 | $18,097.04 | $18,097.04 |
| Other State or Local Taxes (post-petition) - Alabama Department of Revenue | 2820-000 | NA | $440.00 | $440.00 | $440.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $3,212.02 | $3,296.00 | $3,296.00 |
| Other State or Local Taxes (post-petition) - Georgia Department of Revenue | 2820-000 | NA | $30.00 | $30.00 | $30.00 |
| Other State or Local Taxes (post-petition) - North Carolina Department of Revenue | 2820-000 | NA | $526.00 | $526.00 | $526.00 |
| Other State or Local Taxes (post-petition) - Sourth Carolina Department of Revenue | 2820-000 | NA | $100.00 | $100.00 | $100.00 |
| Attorney for Trustee Fees (Other Firm) - Marshall & Ramos, LLP | 3210-000 | NA | $29,495.00 | $29,495.00 | $29,495.00 |
| Attorney for Trustee Expenses (Other Firm)  - KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | 3220-000 | NA | $2,600.05 | $2,600.05 | $2,600.05 |
| Attorney for Trustee Expenses (Other Firm)  - Marshall & Ramos, LLP | 3220-000 | NA | $1,360.48 | $1,360.48 | $1,360.48 |
| Accountant for Trustee Fees (Other Firm) - KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | 3410-000 | NA | $29,751.00 | $29,751.00 | $29,751.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$130,760.84** | **$131,546.94** | **$131,546.94** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | Franchise Tax Board | 5800-000 | NA | $706.50 | $706.50 | $706.50 |
| 9P-1 | Texas Controller of public acounts | 5800-000 | $2,035.00 | $2,034.83 | $2,034.83 | $2,034.83 |
| 13P | Massachusetts Department of Revenue | 5800-000 | NA | $481.65 | $481.65 | $481.65 |
| N/F | Employment Development Department | 5800-000 | $12,596.00 | NA | NA | NA |
| N/F | State Board of Equalization | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$14,631.00** | **$3,222.98** | **$3,222.98** | **$3,222.98** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | CIT Finance, LLC c/o Weltman, Weinberg and Reis | 7100-000 | $0.00 | $23,492.70 | $23,492.70 | $5,550.73 |
| 4-1 | CIM, Inc. Fred Marziano CIM, Inc. | 7100-000 | $0.00 | $3,982.50 | $3,982.50 | $940.96 |
| 5-1 | Stephen E. McCarthy | 7100-000 | $1,680.00 | $3,080.00 | $3,080.00 | $727.73 |
| 6-1 | Veyna & Forschino Certified Public Accountants | 7100-000 | $500.00 | $500.00 | $500.00 | $118.14 |
| 7-3 | Internal Revenue Service | 7300-000 | $0.00 | $40,481.43 | $40,481.43 | $0.00 |
| 8-1 | Winslett Studnicky McCormick & Bomser LLP | 7100-000 | $1,240.00 | $2,135.50 | $2,135.50 | $504.56 |
| 9U | Texas Controller of Public Accounts | 7300-000 | NA | $101.74 | $101.74 | $0.00 |
| 10-1 | Larry K. Bunker Lloyd Schmidt, Esq. Hopkins & Carley, APC | 7100-000 | NA | $970,850.00 | $565,424.00 | $133,595.28 |
| 11-1 | Larry K. Bunker Lloyd Schmidt, Esq. Hopkins & Carley, APC | 7100-000 | NA | $83,569.00 | $83,569.00 | $19,745.23 |
| 12U | American International Group, Inc. | 7100-000 | $586,076.00 | $486,076.00 | $486,076.00 | $114,847.38 |
| 13U | Massachusetts Department of Revenue | 7200-000 | NA | $132.24 | $132.24 | $0.00 |
| N/F | Joshua Graubant c/o Winslett Studnicky et. al. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$589,496.00** | **$1,614,401.11** | **$1,208,975.11** | **$276,030.01** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

**Case No.:** 14-52485

**Case Name:** COAST PERSONNEL SERVICES, INC.

**Trustee Name:** (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):** 06/09/2014 (f)

**§ 341(a) Meeting Date:** 07/15/2014

**For Period Ending:** 03/02/2019

**Claims Bar Date:** 11/14/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID- DUPLICATE ASSET 2012 Ford Focus | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Worker compensation insurance deposit subject to | 10,000.00 | 77,192.81 | | 77,192.81 | FA |
| 3 | 100% ownership of Upward Mobility Career | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Precise A/R amount owed by Total Productive Staf | Unknown | 700,000.00 | | 722,500.00 | FA |
| 5 | 2012 Ford Focus | 12,000.00 | 12,000.00 | | 10,000.00 | FA |
| 6 | Tax Refund (u) | 0.00 | 6.43 | | 586.12 | FA |
| 7 | Incorporation Refund (u) | 0.00 | 372.00 | | 372.00 | FA |
| 8 | Overpayment on Vehicle Insurance (u) | 575.00 | 0.00 | | 575.00 | FA |
| 9 | Bank of America Acct #3142 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VOID | VOID | VOID | VOID | VOID | VOID |
| 11 | Sale of Remnant Assets (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 12 | Overpayment Workers Compensation policies (u)<br>Abandonment of potential claims above what was collected. Notice Dkt 48, Order Dkt 50.<br>Policy: WSLTHTS00030402, WSLTHTS000030403, WSLTHTS000030503 | 0.00 | 117,755.00 | OA | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$22,575.00** | **$912,326.24** | | **$816,225.93** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| | | | |
|---|---|---|---|
| **Case No.:** | 14-52485 | **Trustee Name:** | (001760) Kari S. Bowyer |
| **Case Name:** | COAST PERSONNEL SERVICES, INC. | **Date Filed (f) or Converted (c):** | 06/09/2014 (f) |
| | | **§ 341(a) Meeting Date:** | 07/15/2014 |
| **For Period Ending:** | 03/02/2019 | **Claims Bar Date:** | 11/14/2014 |

**Major Activities Affecting Case Closing:**

6/9/14- Case filed.
06/10/14- Review petition and prepare document request;  Conduct UCC search.
06/17/14- Email to Debtor's counsel re documents needed.
07/3/14- Received requested documents including proof of insurance of vehicle and two checks.
07/13/14-Review submitted documents and prepare for upcoming MOC.
07/15/14- MOC held. Demand for turnover of AR funds sent to Debtor's counsel and inform counsel that estate vehicle will be sold.
07/26/14 Sent turnover demand for return of overpayments and deposit for workers compensation claims; including to Larry Bunker and Total Productive.
7/28/14  Contact auctioneer to appraise and sell estate vehicle.
08/05/14 Application to employ counsel filed.
08/07/14  Application to employ accountant filed.  Review of principal's claim to determine secured loan or capital contribution.
08/11/14 Receive tax documents of the Debtor from Total Productive.
08/14/14 File request for notice of possible dividend.
08/20/14 Mail tax documents to accountant for review.
09/7/14  Did not receive response to demand for payment by Tower, forward message to Counsel for further demand and request to file a complaint.
09/29/14 Contact accountant re Email from IRS on separate legal entity.
09/30/14 Phone conference with accountant and counsel re: Bunker's claim.
10/6/14 Phone conference with counsel re settlement
10/14/14 Confirm report of sale filed.
11/8/14 Debtor's corporate counsel responds to settlement offer to principal- contact re improper representation.
11/10/14 Demand turnover of attorney client documents from Hopkins Carley
12/09/14 Confirm notice to abandon legal entity filed.
12/15/14 Email from counsel confirming receipt of corporate records from Hopkins and Carley
01/4/15  Email to counsel re status of settlement with principal  on his claim of security against estate assets
01/18/15 Email to counsel re status of default on order to abandon and status of settlement with principal
02/05/15 Phone conference with estate's counsel re status of settlement. Phone call to Terra Law, Andrew Ditlevsen (counsel for principal Larry Bunker) re Bunker's claim.
02/09/15 Contact Rabobank re fees/investment
02/20/15 Left phone message with Breck Milde re additional time to review his correspondence and case law and request to speak about this matter next week
02/22/15 Legal research and drafted response to Mr. Milde's Feb. 10th correspondence
03/03/15 Email to estate's counsel re status of our response
04/15/15 Received call from Total Productive that check would be late due to internal error
05/6/15 Received a call from Risk Mgt that deposits and collateral held by Tower would be forthcoming in about a week
05/19/15 Have not received payment, sent email / voicemail to Joe of Risk Mgt re: turnover of estate funds.
05/27/15 Additional email/phone call to Risk Mgt re: turnover of estate funds.
06/1/15 Mail correspondence to Total Productive re address change
06/2/15 Email from Joe Dodgson confirming the funds should be mailed by Thursday
06/16/15 Email to Joe Dodgson of Risk Mgt re: status of turnover of estate funds.
6/23/15 Received FedEx confirmation re: turnover of funds from Risk Mgt.
07/06/15 Email to accountant re payment of taxes
07/12/15 Review attorney fees and seek necessary reduction
08/13/15  Contact estate's counsel re filing of their fee application.
08/21/15  Received call from Risk Transfer that the check provided was in error and should be refunded. Told contact that the full accounting needed to be provided and I would look at it to make a determination if funds received in error or not.
09/1/15 Received a correspondence from Risk Mgt.  in response to my email that i have not received documentation
09/11/15 Email to estate's counsel re recent developments in the case.
09/16/15 Email/voicemail from J. DeBellis of Risk Transfer re position of return of collateral, informed her I had not received the documents.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

Case No.: 14-52485

Case Name: COAST PERSONNEL SERVICES, INC.

For Period Ending: 03/02/2019

Trustee Name: (001760) Kari S. Bowyer

Date Filed (f) or Converted (c): 06/09/2014 (f)

§ 341(a) Meeting Date: 07/15/2014

Claims Bar Date: 11/14/2014

09/18/15 Receive documents from Risk Transfer.
09/26/15 Received, review and return estate tax returns.
09/28/15 Email to counsel and accountant regarding review of documents provided.
10/8/15 Phone conference with accountant re demand by Risk Transfer for return of funds received.
10/8/15 Email with principal re status of the case.
10/29/15 Correspondence with accountant re collateral return.
11/10/15 Correspondence to accountant re payment to State of California for Admin expense.
11/12/15 Reviewed correspondence from counsel requesting additional documents from Risk Transfer
12/14/15 Received additional tax returns to review and sign, reviewed and prepared to return to accountant.
12/23/15 Received email from Brian Zehring, president of United Staffing services re payout of outstanding AR, respond that I would be interested based on their proposed discount.
1/5/16 Received offer to close-out funds owed to the estate and contacted accountant and estate's attorney to discuss.
1/14/16 Follow-up email to accountant re settlement of over-payment and return of collateral from Risk Transfer.
01/14/16 Email to principal Larry Bunker re offer to settle outstanding AR.
01/19/16 Phone conference with L. Bunker re proposal by Brian Zehring, will follow-up with me next week re his thoughts on settlement;
01/27/16 Phone call from L. Bunker re: agreement if small reduction.
02/16/16 Email to accountant re: forms received and payment of post-petition taxes.
02/16/16 Phone call to the labor commissioner re: invalid post-petition lien.
02/22/16 Review, sign and return tax returns.  Review court docket re: authority to pay outstanding admin taxes and calendar date.
03/14/16 Review email from accountant that the returns are due and to forward checks when receive approval from the court.
03/15/16 Confirmed order approving payment of taxes has not been entered.
03/21/16 Prepare checks and mail to accountant.
03/25/16 Email to actuary re: representation in a case.
03/25/16 Email to accountant re: tax form received by State of Texas.
03/30/16 Phone/email with Jesse Sommer re Risk Transfer resolution
04/04/16 Further email from J. Sommer re contact
04/07/16 Email to accountant and counsel re tax notice received.
04/19/16 Email from/to Jesse Sommer re professional to handle dispute with Risk Transfer
04/28/16 Follow-up email to potential professional re resolution of dispute with Risk Transfer
06/02/16 Phone conference with Yvette re return of overpaid funds.
06/03/16 confirm no avoidance power actions need to be filed, Reviewed all claims appears Claim 4-1 may be improperly listed as wage- address issue, claim 12S needs general unsecured claim made clear. Email to counsel re same.
06/16/16 Follow-up email to Yvette to see if she can help with this case. Email to Gordon Rees to see if they might be interest in a position as special counsel.
06/24/16 Received tax notice from State of Alabama forwarded to accountant for Review.
06/28/16 Request counsel file 2004 exam for requested documents.
07/14/16 Confirmed 2004 request has not been made, follow-up message sent.
08/01/16 Draft and mail correspondence to Social security administration re: request.
08/10/16 Phone conversation with attorney and accountant re: subpoena of documents.
08/31/16 Review, sign and return estate's tax returns.
09/01/16 Review order allowing payment of administrative expenses to confirm payment authority, prepare payment and return all to accountant.
09/22/16 Review email from accountant re: review of provided documents
09/25/16 Email to counsel and accountant re: documents provided.
10/26/16 Email to counsel re status of documents
11/1/16 Follow-up email re: analysis of documents received in response to 2004.
11/14/16 Phone conference with counsel and accountant re: Work Comp Issue.
11/23/16 Review revised abandonment notice re: worker's comp claim.
01/14/17 Receive and process quarterly payment.
02/19/17 Received voicemail from principal of debtor re: interim distribution- email response.
04/11/17 Confirmed receipt of installment payment-process.
04/15/17 Received FTB notice indicating money owed, bank records show the amount has been paid in full- forward to accountant to review and respond.

UST Form 101-7-TDR ( 10 /1/2010)

**Case No.:** 14-52485

**Case Name:** COAST PERSONNEL SERVICES, INC.

**Trustee Name:** (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):** 06/09/2014 (f)

**§ 341(a) Meeting Date:** 07/15/2014

**For Period Ending:** 03/02/2019

**Claims Bar Date:** 11/14/2014

04/16/17 Review email from accountant re: notice.
05/04/17 Review tax notice from State of Alabama; forward to accountant for review.
06/06/17 Review case to confirm the next AR date- after this payment 1 year left- seek reduction if bank fees.
07/09/17 Confirm receipt of installment payment. Deposit funds.
07/31/17 Received Texas tax notice; forward to accountant for review and action if needed.
08/28/17 Contact Rabobank to discuss potential investment of funds until disbursement.
08/29/17 Seek and receive waiver of bank fees for current bank account- 6 months.
09/10/17 Email from Waldrop & associates re: wage garnishment- draft correspondence confirming no employees in Chapter 7 liquidation.
10/9/17 Payout check received, open new bank account and deposit funds.
10/11/17 Review estate tax returns- North Carolina authority to pay $88- accountant indicates tax due is $200.00; send email to accountant re issue.
10/12/17 Print all checks that are authorized, mail tax returns to accountant.
11/13/17 Forward Alabama Tax notice to accountant
12/25/17 Received message from principal that all final payments would be made. Respond to message. Upon final payment can file TFR.
12/29/17 Confirmed receipt of final installment payments (prepaid), informed counsel and move forward with TFR.
01/24/18 Prepare ex-parte application to pay taxes
01/28/18 Review legal authority for ex-parte application and submit to the court.
01/29/18 Receive, Review and return estate tax returns.
2/6/18 Received offer for remnant assets; confirm no further tax obligations for the estate.
02/12/18 Review draft pleadings and forward to counsel for review
02/22/18 Updated and forwarded to all for review
02/27/18 Received response from counsel re addition to purchase agreement- made change forwarded all to purchaser for review.
03/09/18 Finalize notice, motion and decl for sale of remnant sale.
04/10/18 Order entered on approval of remnant sale
04/14/18 Review, sign and return attorney's fee application.
04/20/18 Notarized documents for remnant sale send copies to Oak Point.
04/22/18 Forwarded tax notice received by accountant
04/30/18 Prepare and finalize TFR.
05/21/18 Issues with TFR, corrected. Submit.
08/24/18 Order entered approving all fees; prepare checks- update all addresses.
08/27/18 Respond to creditor confirming address check will be mailed.
11/1/18 Confirmed one check remains outstanding. Sent message to claimant re status of check.
11/1/18 Informed check was not received. Put stop payment on check. After stop payment informed check was received and deposited-same day. Confirm could reverse Stop payment.
11/16/18 Check still pending; contacted creditor.
11/27/18 Check not cleared and 90 days since issuance. Informed if no response would submit as unclaimed funds. Creditor responded new check issued.
12/14/18 Confirmed all checks cleared. Prepare TDR after receipt of December bank statements.

**Initial Projected Date Of Final Report (TFR):** 06/20/2019

**Current Projected Date Of Final Report (TFR):** 05/26/2018 (Actual)

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 14-52485 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | COAST PERSONNEL SERVICES, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1742 | Account #: | ******5366 Checking Account |
| For Period Ending: | 03/02/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/03/14 | {6} | United States Treasury | *******0248 (Full check number) | 1224-000 | 6.43 | | 6.43 |
| 07/03/14 | {7} | Coast Personnel Services, Inc. | Incorporation Refund | 1229-000 | 372.00 | | 378.43 |
| 08/11/14 | | Coast Personnel Services | Acct #45; Payment #1; Q2/2014 quarterly payment for assets sold to Total Productive by Coast Personnel Services Inc. pre-petition. | | 42,500.00 | | 42,878.43 |
| | {4} | | Acct #45; Payment #1; Q2/2014 quarterly payment for assets sold to Total Productive by Coast Personnel Services Inc. pre-petition.<br><br>$42,500.00 | 1121-000 | | | 42,878.43 |
| 08/22/14 | {5} | Larry Bunker- Bank of America Certified Check | Sale of Ford Focus - Subject to court approval. | 1129-000 | 10,000.00 | | 52,878.43 |
| 09/28/14 | 101 | Harvey Bendix Auctioneers | Voided on 09/28/2014 | 3610-000 | | 1,000.00 | 51,878.43 |
| 09/28/14 | 101 | Harvey Bendix Auctioneers | Voided on 09/28/2014 | 3610-000 | | -1,000.00 | 52,878.43 |
| 09/28/14 | 102 | Harvey Bendix Auctioneers | 10% commission-no expenses on 10k sale pursuant to court order Docket no. 19 | 3110-000 | | 1,000.00 | 51,878.43 |
| 10/22/14 | | Coast Personnel Services | Acct #45; Payment #2; 2nd Contract Installment Payment | | 42,500.00 | | 94,378.43 |
| | {4} | | Acct #45; Payment #2; 2nd Contract Installment Payment<br><br>$42,500.00 | 1121-000 | | | 94,378.43 |
| 12/29/14 | 103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2014 FOR CASE #14-52485, 016048574 | 2300-000 | | 72.47 | 94,305.96 |
| 01/16/15 | {8} | The Handover Insurance Group | Overpayment on insurance for 2012 Ford Focus | 1229-000 | 575.00 | | 94,880.96 |
| 01/21/15 | | Coast Personnel Services | Acct #45; Payment #3; Q4/14 Payment | | 42,500.00 | | 137,380.96 |
| | {4} | | Acct #45; Payment #3; Q4/14 Payment<br><br>$42,500.00 | 1121-000 | | | 137,380.96 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.24 | 137,228.72 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.22 | 137,044.50 |
| 03/19/15 | | International Sureties, LTD | Reversal of Sureties Bond - updated transaction (Previous transactions are void/washed out) | 2300-002 | | -45.16 | 137,089.66 |
| 03/19/15 | | International Sureties, LTD | Reversal on + Receipt Adj. Refund made on 04/10/2015 - Transaction | 2300-000 | | -45.16 | 137,134.82 |

Page Subtotals: **$138,453.43** **$1,318.61**

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Case No.:** 14-52485

**Case Name:** COAST PERSONNEL SERVICES, INC.

**Taxpayer ID #:** **-***1742

**For Period Ending:** 03/02/2019

**Trustee Name:** Kari S. Bowyer (001760)

**Bank Name:** Rabobank, N.A.

**Account #:** ******5366 Checking Account

**Blanket Bond (per case limit):** $55,486,801.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | should be a disbursement adjustment. Correcting transaction - Contact Armani @ BMS for additional information. | | | | |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.28 | 136,924.54 |
| 04/10/15 | | International Sureties | Refund of bond premium | 2300-000 | | 45.16 | 136,879.38 |
| 04/27/15 | {6} | United States Treasury | 06/2013 Tax refund with interest in the amount of 17.49 | 1224-000 | 579.69 | | 137,459.07 |
| 04/27/15 | | Coast Personnel Services | Acct #45; Payment #4; Q1/2015 1st quarter earn-out payment | | 42,500.00 | | 179,959.07 |
| | {4} | | Acct #45; Payment #4; Q1/2015 1st quarter earn-out payment  $42,500.00 | 1121-000 | | | 179,959.07 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.94 | 179,760.13 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.93 | 179,510.20 |
| 06/26/15 | {2} | Risk Transfer Programs- Collatearal Account | Return of Collateral held by Risk Transfer Programs after demand made. | 1129-000 | 77,192.81 | | 256,703.01 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.41 | 256,427.60 |
| 07/22/15 | | Coast Personnel Services | Acct #45; Payment #5 | | 42,500.00 | | 298,927.60 |
| | {4} | | Acct #45; Payment #5  $42,500.00 | 1121-000 | | | 298,927.60 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 397.42 | 298,530.18 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 415.07 | 298,115.11 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 457.41 | 297,657.70 |
| 10/13/15 | | Total Productive dba Coast Personnel Services | Q4/2015 Earn Out Payment on outstanding Accounts Receivable | | 42,500.00 | | 340,157.70 |
| | {4} | | Acct #45; Payment #6  $42,500.00 | 1121-000 | | | 340,157.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 458.70 | 339,699.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 472.32 | 339,226.68 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 536.76 | 338,689.92 |
| 01/20/16 | | Total Productive dba Coast Personnel Services | Q1/2016 Earn Out payment on outstanding AR | | 42,500.00 | | 381,189.92 |
| | | | **Page Subtotals:** | | $247,772.50 | $3,627.08 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| Case No.: | 14-52485 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | COAST PERSONNEL SERVICES, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1742 | Account #: | ******5366 Checking Account |
| For Period Ending: | 03/02/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {4} | | Acct #45; Payment #7 $42,500.00 | 1121-000 | | | 381,189.92 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 483.89 | 380,706.03 |
| 02/01/16 | 104 | International Sureties, LTD | Blanket Bond Region 17 #016048574 Term: 01/01/16-01/01/17 | 2300-000 | | 180.91 | 380,525.12 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 527.72 | 379,997.40 |
| 03/21/16 | 105 | Alabama Department of Revenue | Form CPT 2014-Coast Personnel Services, Inc. B/E | 2820-000 | | 110.00 | 379,887.40 |
| 03/21/16 | 106 | FRANCHISE TAX BOARD | 2014 Form 100-Coast Personnel Services, Inc. B/E | 2820-000 | | 886.00 | 379,001.40 |
| 03/21/16 | 107 | Franchise Tax Board | 2015 Form 100ES Coast Personnel Services, Inc. B/E | 2820-000 | | 820.00 | 378,181.40 |
| 03/21/16 | 108 | Georgia Department of Revenue | 2014 Form 600-Coast Personnel Service, Inc. B/E | 2820-000 | | 10.00 | 378,171.40 |
| 03/21/16 | 109 | North Carolina Department of REvenue | 2014 Form 405-Coast Personnel Services, Inc. B/E | 2820-000 | | 66.00 | 378,105.40 |
| 03/21/16 | 110 | SC Department of Revenue | 2014 Form SC1120-Coast Personnel Service, Inc. B/E | 2820-000 | | 25.00 | 378,080.40 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 599.65 | 377,480.75 |
| 04/12/16 | | Total Productive dba Coast Personnel Services | Q2/2016 Earn Out Payment on outstanding AR | | 42,500.00 | | 419,980.75 |
| | {4} | | Acct #45; Payment #8 $42,500.00 | 1121-000 | | | 419,980.75 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 557.24 | 419,423.51 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 581.57 | 418,841.94 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 660.95 | 418,180.99 |
| 07/14/16 | | Total Productive dba Coast Personnel Services | Q3/2016 Earn Out Payment on outstanding AR of Total Product to Coast | | 42,500.00 | | 460,680.99 |
| | {4} | | Acct #45; Payment #9 $42,500.00 | 1121-000 | | | 460,680.99 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 602.20 | 460,078.79 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 725.94 | 459,352.85 |

| | | | Page Subtotals: | | $85,000.00 | $6,837.07 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-52485 | **Trustee Name:** | Kari S. Bowyer (001760) |
| **Case Name:** | COAST PERSONNEL SERVICES, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1742 | **Account #:** | ******5366 Checking Account |
| **For Period Ending:** | 03/02/2019 | **Blanket Bond (per case limit):** | $55,486,801.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 09/01/16 | 111 | Alabama Department of Revenue | Form CPT 2016- Coast Personnel Service, Inc. B/E | 2820-000 | | 110.00 | 459,242.85 |
| 09/01/16 | 112 | Franchise Tax Board | 2016 Form 100ES Coast Personnel Service, Inc. B/E | 2820-000 | | 790.00 | 458,452.85 |
| 09/01/16 | 113 | Georgia Department of Revenue | 2015 Form 600- Coast Personnel Services, Inc. B/E | 2820-000 | | 10.00 | 458,442.85 |
| 09/01/16 | 114 | North Carolina Department of Revenue | 2015 Form 405-Coast Personnel Services, Inc. B/E | 2820-000 | | 60.00 | 458,382.85 |
| 09/01/16 | 115 | SC Department of Revenue | 2015 Form SC1120-Coast Personnel Service, Inc. B/E | 2820-000 | | 25.00 | 458,357.85 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 658.12 | 457,699.73 |
| 10/08/16 | | Total Productive dba Coast Personnel Services | Q4/2016 Earn Out payment. | | 42,500.00 | | 500,199.73 |
| | {4} | | Acct #45; Payment #10 | 1121-000 | | | 500,199.73 |
| | | | $42,500.00 | | | | |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 671.22 | 499,528.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 764.36 | 498,764.15 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 715.44 | 498,048.71 |
| 01/04/17 | 116 | International Sureties, LTD | 2017 Bond Renewal - Bond # 016048574 | 2300-000 | | 242.03 | 497,806.68 |
| 01/13/17 | | Total Productive dba Coast Personnel Services | Installment Payment received by Total Productive. | 1121-000 | 42,500.00 | | 540,306.68 |
| | {4} | | Acct #45; Payment #11 | 1121-000 | | | 540,306.68 |
| | | | $42,500.00 | | | | |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 790.26 | 539,516.42 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 724.28 | 538,792.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 800.80 | 537,991.34 |
| 04/11/17 | | Total Productive dba Coast Personnel Services | Installment Payment Q1/2017 (January-March 2017) | 1121-000 | 42,500.00 | | 580,491.34 |
| | {4} | | Acct #45; Payment #12 | 1121-000 | | | 580,491.34 |
| | | | $42,500.00 | | | | |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 754.83 | 579,736.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 917.25 | 578,819.26 |

| | | | Page Subtotals: | | $127,500.00 | $8,033.59 | |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-52485 |
| **Case Name:** | COAST PERSONNEL SERVICES, INC. |
| **Taxpayer ID #:** | **-***1742 |
| **For Period Ending:** | 03/02/2019 |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $55,486,801.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 832.54 | 577,986.72 |
| 07/09/17 | | Total Productive dba Coast Personnel Services | Accounts receivable payment #13 | 1121-000 | 42,500.00 | | 620,486.72 |
| | {4} | | Acct #45; Payment #13 | 1121-000 | | | 620,486.72 |
| | | | $42,500.00 | | | | |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 838.27 | 619,648.45 |
| 10/12/17 | 117 | Alabama Department of Revenue | Form CPT 2017 Coast Personnel Services, Inc. B/E | 2820-000 | | 110.00 | 619,538.45 |
| 10/12/17 | 118 | FRANCHISE TAX BOARD | 2017 Form 100ES Coast Personnel Service, Inc. B/E | 2820-000 | | 800.00 | 618,738.45 |
| 10/12/17 | 119 | Georgia Department of Revenue | 2016 Form 600- Coast Personnel Services, Inc. B/E | 2820-000 | | 10.00 | 618,728.45 |
| 10/12/17 | 120 | SC Department of Revenue | 2016 Form SC1120V Coast Personnel Service, Inc. B/E | 2820-000 | | 25.00 | 618,703.45 |
| 12/29/17 | {4} | Total Productive dba Coast Personnel Services | Multiple payments made by Total Productive, satisfying all ongoing AR | 1121-000 | 127,500.00 | | 746,203.45 |
| 12/29/17 | {4} | Total Productive dba Coast Personnel Services | Deposit Reversal: | 1121-000 | -127,500.00 | | 618,703.45 |
| 01/25/18 | 121 | International Sureties, LTD | Bond #016048574 Term 01/01/18-01/01/19 | 2300-000 | | 251.87 | 618,451.58 |
| 01/30/18 | 122 | Marshall & Ramos, LLP | Interim Application for Compensation, court order approving Dkt 54 Stopped on 02/12/2018 | 3210-000 | | 17,680.00 | 600,771.58 |
| 01/30/18 | 123 | Marshall & Ramos, LLP | Interim Reimbursement of expenses; court order approving Dkt 54 Stopped on 02/12/2018 | 3220-000 | | 327.53 | 600,444.05 |
| 01/30/18 | 124 | Alabama Department of Revenue | 2017 Business Privilege Tax; Court Order approving Dkt 55 | 2820-000 | | 110.00 | 600,334.05 |
| 01/30/18 | 125 | SC Department of Revenue | 2017 License Fee; Court Order allowing payment Dkt 55 | 2820-000 | | 25.00 | 600,309.05 |
| 01/30/18 | 126 | North Carolina Department of Revenue | 2016 Franchise Tax; order approving payment dkt 55 | 2820-000 | | 200.00 | 600,109.05 |
| 01/30/18 | 127 | North Carolina Department of Revenue | 2017 Franchise Tax; Court Order approving payment Dkt. 55 | 2820-000 | | 200.00 | 599,909.05 |
| 02/12/18 | 122 | Marshall & Ramos, LLP | Interim Application for Compensation, court order approving Dkt 54 Stopped on 02/12/2018 | 3210-000 | | -17,680.00 | 617,589.05 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$42,500.00** | **$3,730.21** |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 14-52485 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | COAST PERSONNEL SERVICES, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1742 | Account #: | ******5366 Checking Account |
| For Period Ending: | 03/02/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/12/18 | 123 | Marshall & Ramos, LLP | Interim Reimbursement of expenses; court order approving Dkt 54 Stopped on 02/12/2018 | 3220-000 | | -327.53 | 617,916.58 |
| 02/13/18 | 128 | Marshall & Ramos, LLP | Interim Application for Compensation, Court order Approving Dkt 54 (replacement Check) | 3210-000 | | 17,680.00 | 600,236.58 |
| 02/13/18 | 129 | Marshall & Ramos, LLP | Interim Reimbursement of expenses, court order approving Dkt 54 (replacement check) | 3220-000 | | 327.53 | 599,909.05 |
| 04/30/18 | | To Account #******5366 | Transfer to Main Account | 9999-000 | 174,118.19 | | 774,027.24 |
| 08/24/18 | 130 | Larry K. Bunker Lloyd Schmidt, Esq. Hopkins & Carley, APC | Combined dividend payments for Claim #10-1, 10-1, 11-1 | | | 558,766.51 | 215,260.73 |
| | | | Claims Distribution - Tue, 05-22-2018      $405,426.00 | 4210-000 | | | 215,260.73 |
| | | | Claims Distribution - Tue, 05-22-2018      $133,595.28 | 7100-000 | | | 215,260.73 |
| | | | Claims Distribution - Tue, 05-22-2018      $19,745.23 | 7100-000 | | | 215,260.73 |
| 08/24/18 | 131 | Kari Bowyer | Combined trustee compensation & expense dividend payments. | 2100-000 | | 44,063.55 | 171,197.18 |
| 08/24/18 | 132 | Kari Bowyer | Claim Dividend paid 100.00% on $85.70 ] Claim Number TE Claim Filed Amount $85.70 | 2200-000 | | 85.70 | 171,111.48 |
| 08/24/18 | 133 | Marshall & Ramos, LLP | Claim Dividend paid 40.06% on $29,495.00 ] Claim Number  Claim Filed Amount $29,495.00 | 3210-000 | | 11,815.00 | 159,296.48 |
| 08/24/18 | 134 | Marshall & Ramos, LLP | Claim Dividend paid 75.93% on $1,360.48 ] Claim Number  Claim Filed Amount $1,360.48 | 3220-000 | | 1,032.95 | 158,263.53 |
| 08/24/18 | 135 | KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | Claim Dividend paid 100.00% on $29,751.00 ] Claim Number  Claim Filed Amount $29,751.00 | 3410-000 | | 29,751.00 | 128,512.53 |
| 08/24/18 | 136 | KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | Claim Dividend paid 100.00% on $2,600.05 ] Claim Number  Claim Filed Amount $2,600.05 | 3220-000 | | 2,600.05 | 125,912.48 |
| 08/24/18 | 137 | Franchise Tax Board | Claim Dividend paid 100.00% on $706.50 ] Claim Number 2-2 Claim Filed Amount $706.50 | 5800-000 | | 706.50 | 125,205.98 |
| 08/24/18 | 138 | Texas Controller of public acounts | Claim Dividend paid 100.00% on $2,034.83 ] Claim Number 9P-1 Claim Filed Amount $2,034.83 | 5800-000 | | 2,034.83 | 123,171.15 |
| 08/24/18 | 139 | Massachusetts Department of Revenue | Claim Dividend paid 100.00% on $481.65 ] Claim Number 13P Claim Filed Amount $481.65 | 5800-000 | | 481.65 | 122,689.50 |

Page Subtotals: $174,118.19 $669,017.74

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                      ! - transaction has not been cleared

Exhibit 9

Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-52485 | |
| **Case Name:** | COAST PERSONNEL SERVICES, INC. | |
| **Taxpayer ID #:** | **-***1742 | |
| **For Period Ending:** | 03/02/2019 | |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $55,486,801.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/24/18 | 140 | CIT Finance, LLC c/o Weltman, Weinberg and Reis | Claim Dividend paid 23.63% on $23,492.70 ] Claim Number 1-1 Claim Filed Amount $23,492.70 | 7100-000 | | 5,550.73 | 117,138.77 |
| 08/24/18 | 141 | CIM, Inc. Fred Marziano CIM, Inc. | Claim Dividend paid 23.63% on $3,982.50 ] Claim Number 4-1 Claim Filed Amount $3,982.50 | 7100-000 | | 940.96 | 116,197.81 |
| 08/24/18 | 142 | Stephen E. McCarthy | Claim Dividend paid 23.63% on $3,080.00 ] Claim Number 5-1 Claim Filed Amount $3,080.00 | 7100-000 | | 727.73 | 115,470.08 |
| 08/24/18 | 143 | Veyna & Forschino Certified Public Accountants | Claim Dividend paid 23.63% on $500.00 ] Claim Number 6-1 Claim Filed Amount $500.00 | 7100-000 | | 118.14 | 115,351.94 |
| 08/24/18 | 144 | Winslett Studnicky McCormick & Bomser LLP | Claim Dividend paid 23.63% on $2,135.50 ] Claim Number 8-1 Claim Filed Amount $2,135.50 Stopped on 11/01/2018 | 7100-000 | | 504.56 | 114,847.38 |
| 08/24/18 | 145 | American International Group, Inc. | Claim Dividend paid 23.63% on $486,076.00 ] Claim Number 12U Claim Filed Amount $486,076.00 | 7100-000 | | 114,847.38 | 0.00 |
| 11/01/18 | 144 | Winslett Studnicky McCormick & Bomser LLP | Claim Dividend paid 23.63% on $2,135.50 ] Claim Number 8-1 Claim Filed Amount $2,135.50 Stopped on 11/01/2018 | 7100-000 | | -504.56 | 504.56 |
| 11/28/18 | 146 | Winslett Studnicky McCormick & Bomser LLP | REPLACEMENT CHECK [CK 144] Claim Dividend paid 23.63% on $2,135.50 ] Claim Number 8-1 Claim Filed Amount $2,135.50 | 7100-000 | | 504.56 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 815,344.12 | 815,344.12 | $0.00 |
| | Less: Bank Transfers/CDs | | | 174,118.19 | 0.00 | |
| | Subtotal | | | 641,225.93 | 815,344.12 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $641,225.93 | $815,344.12 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| Case No.: | 14-52485 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | COAST PERSONNEL SERVICES, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1742 | Account #: | ******5300 Checking |
| For Period Ending: | 03/02/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/17 | | Total Productive dba Coast Personnel Services | Installment Payment 3Q 2017 Installment Payment 3Q 2017 | 1121-000 | 42,500.00 | | 42,500.00 |
| | {4} | | Acct #45; Payment #14 | 1121-000 | | | 42,500.00 |
| | | | $42,500.00 | | | | |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.75 | 42,459.25 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.07 | 42,398.18 |
| 12/29/17 | | Total Productive dba Coast Personnel Services | Payout underlying business | 1121-000 | 127,500.00 | | 169,898.18 |
| | {4} | | Acct #45; Payment #15 | 1121-000 | | | 169,898.18 |
| | | | $42,500.00 | | | | |
| | {4} | | Acct #45; Payment #16 | 1121-000 | | | 169,898.18 |
| | | | $42,500.00 | | | | |
| | {4} | | Acct #45; Payment #17 | 1121-000 | | | 169,898.18 |
| | | | $42,500.00 | | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.94 | 169,839.24 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 244.26 | 169,594.98 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 227.67 | 169,367.31 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 249.12 | 169,118.19 |
| 04/11/18 | | To Account #******5300 | Remnant Sale Approved- Estate funds | 9999-000 | 5,000.00 | | 174,118.19 |
| 04/30/18 | | To Account #******5366 | Transfer to Main Account | 9999-000 | | 174,118.19 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 175,000.00 | 175,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 5,000.00 | 174,118.19 | |
| | | Subtotal | | | 170,000.00 | 881.81 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $170,000.00 | $881.81 | |

Case: 14-52485    Doc# 73    Filed: 03/22/19    Entered: 03/22/19 11:26:59    Page 19 of 21

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 9

# Form 2
# Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-52485 | | **Trustee Name:** | Kari S. Bowyer (001760) | | |
| **Case Name:** | COAST PERSONNEL SERVICES, INC. | | **Bank Name:** | Rabobank, N.A. | | |
| **Taxpayer ID #:** | **-***1742 | | **Account #:** | ******5301 Remnant Assets- in Trust pending court approval. | | |
| **For Period Ending:** | 03/02/2019 | | **Blanket Bond (per case limit):** | $55,486,801.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/18 | {11} | Oak Point Partners LLC | Deposit of Funds Pending Sale of Remnant Assets | 1229-000 | 5,000.00 | | 5,000.00 |
| 04/11/18 | | To Account #******5300 | Remnant Sale Approved- Estate funds | 9999-000 | | 5,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| | Less: Bank Transfers/CDs | 0.00 | 5,000.00 | |
| | **Subtotal** | 5,000.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$5,000.00** | **$0.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-52485 |
| **Case Name:** | COAST PERSONNEL SERVICES, INC. |
| **Taxpayer ID #:** | **-***1742 |
| **For Period Ending:** | 03/02/2019 |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5301 Remnant Assets- in Trust pending court approval. |
| **Blanket Bond (per case limit):** | $55,486,801.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5366 Checking Account | $641,225.93 | $815,344.12 | $0.00 |
| ******5300 Checking | $170,000.00 | $881.81 | $0.00 |
| ******5301 Remnant Assets- in Trust pending court approval. | $5,000.00 | $0.00 | $0.00 |
| | **$816,225.93** | **$816,225.93** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**